IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03517-GPG

ARTHUR ERIC MILLER,

    Applicant,

v.

[NO RESPONDENT NAMED],

    Respondent.

## ORDER DISMISSING CASE

    Applicant, Arthur Eric Miller, is a prisoner in the custody of the Colorado Department of Corrections. The instant action was commenced when Mr. Miller submitted to the Court *pro se* a document titled "Letter Rogatory" (ECF No. 1) in which he appeared to be challenging the validity of a Colorado state court criminal conviction. On January 7, 2015, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Miller to cure certain deficiencies if he wished to pursue any habeas corpus claims. Magistrate Judge Gallagher also advised Mr. Miller that, if it was not his intention to initiate a habeas corpus action, he should advise the Court of that fact and this action would be dismissed.

    Mr. Miller has not cured the deficiencies within the time allowed. Instead, on January 14, 2015, Mr. Miller filed a letter (ECF No. 6) stating he does not intend to pursue a habeas corpus action in this Court at this time. The Court construes the letter (ECF No. 6) as a notice of voluntary dismissal.

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Mr. Miller "may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." No response has been filed by any opposing party in this action. A voluntary dismissal pursuant to Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the instant action is dismissed without prejudice pursuant to the letter (ECF No. 6) that the Court construes as a notice of voluntary dismissal.

DATED at Denver, Colorado, this  12th  day of   February  , 2015.

BY THE COURT:

   s/Lewis T. Babcock   
LEWIS T. BABCOCK, Senior Judge
United States District Court